IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>GABRIEL RAMIREZ,<br><br>                Defendant. | 8:22CR81<br><br>**FINAL ORDER<br>OF FORFEITURE** |

      This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 53). The Court has carefully reviewed the record in this case and finds as follows:

      1.      On September 27, 2023, the Court entered a Preliminary Order of Forfeiture (Filing No. 47) forfeiting defendant Gabriel Ramirez's interest in $9,140 in United States currency seized from 2420 South 17th Street, on April 14, 2022.

      2.      A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 28, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 52) was filed herein on December 4, 2023.

      3.      The government has advised the Court that no Petitions have been filed. A review of the record supports that assertion.

      4.      The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 53) is granted.
2. All right, title and interest in and to the $9,140 seized from 2420 South 17th Street, on or about April 14, 2022, held by any person or entity are forever barred and foreclosed.
3. The $9,140 in United States currency is forfeited to the government.
4. The government is directed to dispose of that currency in accordance with law.

Dated this 12th day of December 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge